IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE DEMOCRATIC PARTY OF WISCONSIN,
COLLEEN ROBSON; ALEXIA SABOR; PETER
KLITZKE; DENIS HOSTETTLER, JR.; DENNIS D.
DEGENHARDT; MARCIA STEELE; NANCY STENCIL;
and LINDSAY DORFF

        Plaintiffs,        Civil Action No.: 19-cv-142

        -against-

ROBIN VOS, in his official capacity as speaker of the Wisconsin State Assembly; SCOTT L. FITZGERALD, in his official capacity as majority leader of the Wisconsin State Senate; ALBERTA DARLING, in her official capacity as co-chair of the Wisconsin Joint Committee on Finance; JOHN NYGREN, in his official capacity as co-chair of the Wisconsin Joint Committee on Finance; ROGER ROTH, in his official capacity as President of the Wisconsin State Senate; JOAN BALLWEG, in her official capacity as co-chair of the Wisconsin Joint Committee for Review of Administrative Rules; STEPHEN L. NASS, in his official capacity as co-chair of the Wisconsin Joint Committee for Review of Administrative Rules; JOEL BRENNAN, in his official capacity as Secretary of the Wisconsin Department of Administration; TONY EVERS, in his official capacity as Governor of the State of Wisconsin, and JOSHUA L. KAUL, in his official capacity as Attorney General of the State of Wisconsin..

        Defendants.

**DECLARATION OF PETER KLITZKE IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR PRELIMINARY INJUNCTION**

I, Peter Klitzke, under 28 U.S.C. § 1746, hereby declare and state:

    1.    I am a Wisconsin citizen, resident, and taxpayer. I live in the City of La Crosse in La Crosse County. I am a retired public elementary school teacher, and an avid sportsman.

2. In the November 2018 election, I voted for Governor Tony Evers and Attorney General Josh Kaul, as well as every other Democratic candidate seeking statewide office in Wisconsin.

3. I voted for Governor Evers and Attorney General Kaul because I supported their positions. The principal reason I voted for and supported these candidates was their promise to withdraw the state from federal lawsuits seeking to overturn the Affordable Care Act. Other reasons I supported Governor Evers and Attorney General Kaul include their commitment to (1) expanding Medicaid in the state of Wisconsin; (2) eliminating costly and unnecessary "voter ID" regulations; (3) providing greater services to veterans through programs such as Wisconsin's Veterans Trust Fund; and (4) enacting regulations to provide greater protections for the environment in order to enhance opportunities for sportsmen and women who hunt and fish in our state.

4. Also, as a retired public-school teacher, I voted for Democratic candidates because of their commitment to funding public education instead of corporate welfare projects like the Foxconn deal that was pushed through the legislature in the previous session. Tony Evers and Josh Kaul campaigned on reforming the Wisconsin Economic Development Corporation and holding Foxconn accountable, which would have resulted in more funding for priorities like public education and real job creation.

5. For these reasons, I actively supported these candidates. I supported Governor Evers, Attorney General Kaul, and other Democratic candidates for statewide office in Wisconsin by volunteering for the La Crosse County Democratic Party (a part of the Democratic Party of Wisconsin). I also knocked on thousands of doors and canvassed neighborhoods,

participated in voter outreach "phone banks," and spent hours organizing events for Democratic candidates and helped college students register to vote in La Crosse. In the weeks leading up to the election, I spent multiple hours every day of the week on these efforts in order to help elect Governor Evers and Attorney General Kaul.

6. Each of the laws enacted in the Extraordinary Session by the Wisconsin Assembly and Senate and signed into law by former-Governor Scott Walker in December 2018 undermined the work I did in support of Democratic candidates for statewide office in Wisconsin by making it impossible to achieve the policy goals I sought. I voted for Democratic candidates because of the policy changes they could make with the powers of the offices they sought. The laws stripped those powers following the election. I would have concentrated my efforts and support differently had I known that the policy objectives I supported would not be within the powers of the candidates I campaigned and voted for.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18 day of February, 2019.

_____
Peter Klitzke