IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE DEMOCRATIC PARTY OF WISCONSIN,
COLLEEN ROBSON; ALEXIA SABOR; PETER
KLITZKE; DENIS HOSTETTLER, JR.; DENNIS
D. DEGENHARDT; MARCIA STEELE; NANCY
STENCIL; and LINDSAY DORFF,

               ORDER

          Plaintiffs,

             19-cv-142

      v.

ROBIN VOS, in his official capacity as
speaker of the Wisconsin State Assembly;
SCOTT L. FITZGERALD, in his official
capacity as majority leader of the Wisconsin
State Senate; ALBERTA DARLING, in her
official capacity as co-chair of the Wisconsin
Joint Committee on Finance; JOHN NYGREN,
in his official capacity as co-chair of the
Wisconsin Joint Committee on Finance;
ROGER ROTH, in his official capacity as
President of the Wisconsin State Senate;
JOAN BALLWEG, in her official capacity as
co-chair of the Wisconsin Joint Committee for
Review of Administrative Rules; STEPHEN L.
NASS, in his official capacity as co-chair of
the Wisconsin Joint Committee for Review of
Administrative Rules; JOEL BRENNAN, in
his official capacity as Secretary of the
Wisconsin Department of Administration;
TONY EVERS, in his official capacity as
Governor of the State of Wisconsin, and
JOSHUA L. KAUL, in his official capacity as

1

Attorney General of the State of Wisconsin,

  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 27th day of February, 2019.

  BY THE COURT:


  /s/
  _____
  BARBARA B. CRABB
  District Judge