UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE DEMOCRATIC PARTY OF WISCONSIN, COLLEEN ROBSON; ALEXIA SABOR; PETER KLITZKE; DENIS HOSTETTLER, JR.; DENNIS D. DEGENHARDT; MARCIA STEELE; NANCY STENCIL; and LINDSAY DORFF, <br><br> Plaintiffs, <br><br> -against- <br><br> ROBIN VOS, in his official capacity as speaker of the Wisconsin State Assembly; SCOTT L. FITZGERALD, in his official capacity as majority leader of the Wisconsin State Senate; ALBERTA DARLING, in her official capacity as co-chair of the Wisconsin Joint Committee on Finance; JOHN NYGREN, in his official capacity as co-chair of the Wisconsin Joint Committee on Finance; ROGER ROTH, in his official capacity as President of the Wisconsin State Senate; JOAN BALLWEG, in her official capacity as co-chair of the Wisconsin Joint Committee for Review of Administrative Rules; STEPHEN L. NASS, in his official capacity as co-chair of the Wisconsin Joint Committee for Review of Administrative Rules; JOEL BRENNAN, in his official capacity as Secretary of the Wisconsin Department of Administration; TONY EVERS, in his official capacity as Governor of the State of Wisconsin, and JOSHUA L. KAUL, in his official capacity as Attorney General of the State of Wisconsin, <br><br> Defendants. | Civil Action No.: __19-cv-142__ |

**JOINT REPORT REGARDING EARLIEST AVAILABLE TRIAL DATE**

Pursuant to the Court's Order of May 29, 2019 (Dkt. 56), the parties jointly report that September 21, 2020, is the earliest trial date on which all parties are available.

Dated: June 5, 2019                    Respectfully submitted,

**HOLWELL SHUSTER & GOLDBERG LLP**

By: /s/ *Vincent Levy*

| | |
|---|---|
| Sarah A. Zylstra | Vincent Levy (vlevy@hsgllp.com) |
| State Bar No. 1033159 | Kevin D. Benish (kbenish@hsgllp.com) |
| Boardman & Clark LLP | Timothy W. Grinsell (tgrinsell@hsgllp.com) |
| 1 South Pinckney Street, Suite 410 | 425 Lexington Avenue, 14th Floor |
| P.O. Box 927 | New York, NY 10017 |
| Madison, WI 53701 | (646) 837-5151 |
| (608) 257-9521 | |
| szylstra@boardmanclark.com | |

*Counsel for the Plaintiffs*

**GINGRAS CATES & WACHS LLP**

/s/ *Paul A. Kinne*
Paul A. Kinne
State Bar No.: 1021493
Riley C. Leonard
State Bar No.: 1101452

*Attorneys for Defendants Tony Evers and Joel Brennan*

**Joshua L. Kaul**
**Attorney General of Wisconsin**

/s/ *Maura FJ Whelan**
Maura FJ Whelan
Assistant Attorney General
State Bar #1027974
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3859
whelanmf@doj.state.wi.us

*Attorneys for Defendant,*
*Attorney General Joshua L. Kaul*

*\* Counsel of Record*

**TROUTMAN SANDERS LLP**

By: /s/ *Misha Tseytlin*
Misha Tseytlin
State Bar No. 1102199
Troutman Sanders LLP
1 N. Wacker Drive, Ste. 2905
Chicago, IL 60606
(608) 999-1240
(312) 759-1939
E-mail: misha.tseytlin@troutman.com

*Counsel for Legislative Defendants*