## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

THE DEMOCRATIC PARTY OF WISCONSIN,
COLLEEN ROBSON; ALEXIA SABOR; PETER KLITZKE;
DENIS HOSTETTLER, JR.; DENNIS D. DEGENHARDT;
MARCIA STEELE; NANCY STENCIL; and
LINDSAY DORFF,

               Plaintiffs,

             -against-

ROBIN VOS, in his official capacity as speaker of the
Wisconsin State Assembly; SCOTT L. FITZGERALD, in
his official capacity as majority leader of the Wisconsin
State Senate; ALBERTA DARLING, in her official
capacity as co-chair of the Wisconsin Joint Committee on
Finance; JOHN NYGREN, in his official capacity as co-
chair of the Wisconsin Joint Committee on Finance;
ROGER ROTH, in his official capacity as President of the
Wisconsin State Senate; JOAN BALLWEG, in her official
capacity as co-chair of the Wisconsin Joint Committee for
Review of Administrative Rules; STEPHEN L. NASS, in
his official capacity as co-chair of the Wisconsin Joint
Committee for Review of Administrative Rules;
JOEL BRENNAN, in his official capacity as Secretary of
the Wisconsin Department of Administration;
TONY EVERS, in his official capacity as Governor of the
State of Wisconsin, and JOSHUA L. KAUL, in his official
capacity as Attorney General of the State of Wisconsin,

               Defendants.

**Civil Action No.: <u>19-cv-142</u>**

## JOINT SUBMISSION REGARDING
## FURTHER DEVELOPMENT IN STATE CASES

On April 12, 2019, the Court requested supplemental briefing on the effects, if any, of

*League of Women Voters v. Knudson*, No. 19cv84 (Dane Cty. Cir. Ct.), and *SEIU, Local 1 v.*

*Vos*, No. 19cv302 (Dane Cty. Cir. Ct.), on this case. Dkt. No. 49. The parties filed their briefs in response to that order on April 26. Dkt. Nos. 50, 51, 52. Because the parties' motions for a preliminary injunction and to dismiss remain pending in this case, the parties thought it advisable to inform the Court that on Friday, June 21, the Wisconsin Supreme Court entered its decision on the merits in the *League of Women Voters* case. We attach a copy of that decision.

Dated: June 24, 2019                    Respectfully submitted,

                                        **HOLWELL SHUSTER & GOLDBERG LLP**

                                        By:    /s/ *Vincent Levy*
Sarah A. Zylstra                               Vincent Levy (vlevy@hsgllp.com)
State Bar No. 1033159                          Kevin D. Benish (kbenish@hsgllp.com)
Boardman & Clark LLP                           Timothy W. Grinsell (tgrinsell@hsgllp.com)
1 South Pinckney Street, Suite 410             425 Lexington Avenue, 14th Floor
P.O. Box 927                                   New York, NY 10017
Madison, WI 53701                              (646) 837-5151
(608) 257-9521
szylstra@boardmanclark.com              *Counsel for the Plaintiffs*

**GINGRAS CATES & WACHS LLP**           **Joshua L. Kaul**
                                        **Attorney General of Wisconsin**
/s/ *Paul A. Kinne*
Paul A. Kinne                            /s/ *Maura FJ Whelan*
State Bar No.: 1021493                   Maura FJ Whelan
Riley C. Leonard                         Assistant Attorney General
State Bar No.: 1101452                   State Bar #1027974
                                        Wisconsin Department of Justice
*Attorneys for Defendants Tony Evers*    Post Office Box 7857
*and Joel Brennan*                       Madison, Wisconsin 53707-7857
                                        (608) 266-3859
                                        whelanmf@doj.state.wi.us

                                        *Attorneys for Defendant,*
                                        *Attorney General Joshua L. Kaul*

2

**TROUTMAN SANDERS LLP**

By: /s/ *Misha Tseytlin*_____

Misha Tseytlin

State Bar No. 1102199

Troutman Sanders LLP

1 N. Wacker Drive, Ste. 2905

Chicago, IL 60606

(608) 999-1240

(312) 759-1939

E-mail: misha.tseytlin@troutman.com

*Counsel for Legislative Defendants*