UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE DEMOCRATIC PARTY OF WISCONSIN, COLLEEN ROBSON; ALEXIA SABOR; PETER KLITZKE; DENIS HOSTETTLER, JR.; DENNIS D. DEGENHARDT; MARCIA STEELE; NANCY STENCIL; and LINDSAY DORFF, <br><br> Plaintiffs, <br><br> -against- <br><br> ROBIN VOS, in his official capacity as speaker of the Wisconsin State Assembly; SCOTT L. FITZGERALD, in his official capacity as majority leader of the Wisconsin State Senate; ALBERTA DARLING, in her official capacity as co-chair of the Wisconsin Joint Committee on Finance; JOHN NYGREN, in his official capacity as co-chair of the Wisconsin Joint Committee on Finance; ROGER ROTH, in his official capacity as President of the Wisconsin State Senate; JOAN BALLWEG, in her official capacity as co-chair of the Wisconsin Joint Committee for Review of Administrative Rules; STEPHEN L. NASS, in his official capacity as co-chair of the Wisconsin Joint Committee for Review of Administrative Rules; JOEL BRENNAN, in his official capacity as Secretary of the Wisconsin Department of Administration; TONY EVERS, in his official capacity as Governor of the State of Wisconsin, and JOSHUA L. KAUL, in his official capacity as Attorney General of the State of Wisconsin, <br><br> Defendants. | Civil Action No.: <u>19-cv-142</u> |

**JOINT MOTION TO FILE SUPPLEMENTAL BRIEFING REGARDING
RECENT SUPREME COURT CASES**

As the Court may be aware, earlier today, the Supreme Court issued its decision in two

cases raising partisan-gerrymandering claims, *Rucho v. Common Cause*, No 18-422, and *Lamone*

*v. Benisek*, No. 18-726.  The parties have different views as to the implications of that decision on the pending motions in this case.  As such, the undersigned respectfully request leave to submit briefing on that decision and any other relevant Supreme Court decision issued since briefing on the pending motions was concluded, and propose the following schedule:

    **July 11, 2019**:    The parties may file simultaneous briefs, limited to 15 pages, regarding the foregoing matters.

    **July 18, 2019**:    The parties may file simultaneous replies, limited to 7 pages.

Dated:  June 27, 2019                        Respectfully submitted,

**HOLWELL SHUSTER & GOLDBERG LLP**

By:   /s/ *Vincent Levy*

Sarah A. Zylstra                    Vincent Levy (vlevy@hsgllp.com)
State Bar No. 1033159           Kevin D. Benish (kbenish@hsgllp.com)
Boardman & Clark LLP           Timothy W. Grinsell (tgrinsell@hsgllp.com)
1 South Pinckney Street, Suite 410   425 Lexington Avenue, 14th Floor
P.O. Box 927                           New York, NY 10017
Madison, WI 53701                (646) 837-5151
(608) 257-9521
szylstra@boardmanclark.com       *Counsel for the Plaintiffs*

**GINGRAS CATES & WACHS LLP**    **TROUTMAN SANDERS LLP**

*s/ Paul A. Kinne*                   By: /s/ *Misha Tseytlin*
Paul A. Kinne                          Misha Tseytlin
State Bar No.: 1021493             State Bar No. 1102199
Riley C. Leonard                    Troutman Sanders LLP
State Bar No.: 1101452             1 N. Wacker Drive, Ste. 2905
                                      Chicago, IL 60606
*Attorneys for Defendants Tony Evers*  (608) 999-1240
*and Joel Brennan*                   (312) 759-1939
                                      E-mail: misha.tseytlin@troutman.com

                                      *Counsel for Legislative Defendants*