IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE DEMOCRATIC PARTY OF
WISONSIN, COLLEEN ROBSON, ALEXIA
SABOR, PETER KLITZKE, DENIS
HOSTETTLER, JR., DENNIS D.
DEGENHARDT, MARCIA STEELE,
NANCY STENCIL, and LINDSAY DORFF,

    Plaintiffs,

v.

ROBIN VOSS, SCOTT L. FITZGERALD,
ALBERTA DARLING, JOHN NYGREN,
ROGER ROTH, JOAN BALLWEG,
STEPHEN L. NASS, JOEL BRENNAN,
TONY EVERS, and JOSHUA L. KAUL,

    Defendants.

Case No. 19-cv-142-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and dismissing the case for lack of subject matter jurisdiction.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 9/30/2019 |
| Peter Oppeneer, Clerk of Court | Date |