IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| THE DEMOCRATIC PARTY OF WISCONSIN, COLLEEN ROBSON, ALEXIA SABOR, PETER KLITZKE, DENIS HOSTETTLER, JR., DENNIS D. DEGENHARDT, MARCIA STEELE, NANCY STENCIL, and LINDSAY DORFF, | |
| Plaintiffs, | NOTICE OF APPEAL |
| v. | 19-cv-142-jdp |
| ROBIN VOS, SCOTT L. FITZGERALD, ALBERTA DARLING, JOHN NYGREN, ROGER ROTH, JOAN BALLWEG, STEPHEN L. NASS, JOEL BRENNAN, TONY EVERS, and JOSHUA L. KAUL, | |
| Defendants. | |

---

Notice is hereby given that Plaintiffs, The Democratic Party of Wisconsin, Colleen Robson, Alexia Sabor, Peter Klitzke, Denis Hostettler, Jr., Dennis D. Degenhardt, Marcia Steele, Nancy Stencil, and Lindsay Dorff, in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order (Dkt. 71) which denied Plaintiffs' motion for a preliminary injunction (Dkt. 2) and granted Defendants' motion to dismiss (Dkt. 34) entered on September 30, 2019, as well as the final judgment entered on the same date (Dkt. 72) and all orders preliminary or ancillary thereto that may be properly appealed from the entry of judgment.

Dated: October 28, 2019

Respectfully submitted,

**HOLWELL SHUSTER & GOLDBERG LLP**

By: /s/ *Vincent Levy*

Sarah A. Zylstra
State Bar No. 1033159

Vincent Levy (vlevy@hsgllp.com)
Kevin D. Benish (kbenish@hsgllp.com)

Boardman & Clark LLP
1 South Pinckney Street, Suite 410
P.O. Box 927
Madison, WI 53701
(608) 257-9521
szylstra@boardmanclark.com

Timothy W. Grinsell
(tgrinsell@hsgllp.com)
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151

*Counsel for the Plaintiffs*